UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HASAN MALIK DAVIS,<br><br>  Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et. al.,<br><br>  Defendants. | Case No. 3:23-CV-00319-RCJ-CLB<br><br>**ORDER DIRECTING PLAINTIFF TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE** |

**I.   DISCUSSION**

On June 28, 2023, Plaintiff Hasan Malik Davis ("Davis"), an inmate currently in the custody of the Washoe County Detention Center, filed a civil rights complaint, (ECF No. 1-1), but did not file an application to proceed *in forma pauperis* or alternatively pay the full $402 filing fee.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* to file the civil action without prepaying the full $402 filing fee. The Court will grant Davis a **one-time** opportunity to file a fully complete application to proceed *in forma pauperis*, or in the alternative, pay the full $402 filing fee for this action on or before **Monday, July 31, 2023**. Absent unusual circumstances, the Court will not grant any further extensions of time. If Davis does not timely comply with this order, the Court will recommend that this case be dismissed.

**II.   CONCLUSION**

Accordingly, **IT IS ORDERED** that the Clerk of the Court will **SEND** to Davis the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that Davis will have until **Monday, July 31, 2023**, to either submit a fully complete application to proceed *in forma pauperis* or pay the full $402

<u>filing fee</u> for a civil action (which includes the $350 filing fee and $52 administrative fee).

    **IT IS FURTHER ORDERED** that if Davis does not timely comply with this order, dismissal of this action will result.

    **IT IS SO ORDERED.**

**DATED**: June 30, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**